**677 Vunora WM1**        In the United States Bankruptcy Court
for the Western District of Pennsylvania

| | |
|---|---|
| In Re: ) | |
| **James V. Vunora, II,** ) | Case No. 16-20311 TPA |
| Debtor, ) | |
| **James V. Vunora, II,** ) | Chapter 13 |
| Movant, ) | |
| Vs. ) | Docket No. |
| **UPMC Mercy,** ) | |
| Respondent. ) | |

### Certificate of Service of Wage Order

I, Gary W. Short, certify under penalty of perjury that on August 19, 2016, I served the most recently entered wage attachment order in this case for James V. Vunora, II with social security number verification on the employer named below at the following address, by First Class U.S. Mail, postage prepaid.

UPMC Mercy
1400 Locust Street, Payroll Dept.
Pittsburgh, PA 15219

James V. Vunora, II
701 Burtner Road
Natrona Heights, PA 15065

Service was not made upon Ronda J. Winnecour at her request because she receives copies of pleadings from the Clerk of Bankruptcy Court.

Executed on August 19, 2016

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com

pdfr