IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| JAMES V. VUNORA, II | ) | BANKRUPTCY CASE NO. 16-20311 |
|     Debtor | ) | |
| | ) | MOTION NO. |
| PEOPLES - TWP, LLC | ) | CHAPTER 13 |
|     Movant, | ) | |
|   vs. | ) | |
| | ) | |
| JAMES V. VUNORA, II, and RONDA J. | ) | |
| WINNECOUR, ESQUIRE, Trustee | ) | |
| | ) | |
|     Respondents. | ) | |

**NOTICE THAT THE  PEOPLES - TWP, LLC SEEKS TO INCREASE YOUR PLAN PAYMENT TO COVER YOUR UTILITY BILLS**

TO THE DEBTORS AND ALL RESPONDENTS:

You, (the Debtor), have not paid your post petition utility bills as and when they became due.  The Peoples - TWP, LLC is entitled to seek to terminate your utility service because of this failure to pay the bills.

The PEOPLES - TWP, LLC understands that your utility service is vital to your health and safety and to the success of your Chapter 13 Plan.  In past hearings, the majority of Debtors in this District have asked the Court to include their utility payments in their Chapter 13 Plan to avoid the possibility of termination.  Because this appears to be the solution preferred by most Debtors, the PEOPLES - TWP, LLC, instead of seeking to terminate your utility service at this time, is asking the Bankruptcy Court in this Motion to require the Debtor ("you") to pay your post petition delinquent utility bill and your ongoing monthly utility budget as part of your Plan payment to the Chapter 13 Trustee.  **If the Court grants this Motion, your Plan payment will increase and, if you have a wage attachment, your wage attachment will increase**.  This increase will pay your post petition utility bill, and you will no longer have to pay the PEOPLES - TWP, LLC directly.  If you want this to happen, you do not need to do anything else.

If you do not want this to happen, then you or your attorney must file with the Clerk and serve upon the undersigned attorney for the Movant S. James Wallace,  a written response to the attached Motion.  This Response must be filed and served in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  Both the Clerk and the Attorney must receive your written response on or before February 8, 2017, (Seventeen

(17) calendar days after the date of this Notice).  If your written response is not received by this date, the Bankruptcy Court will grant this Motion without a hearing.  See Local Bankruptcy Rule 9013.4.

      If you do not file a Response but pay all the delinquent bills and any security deposit due on your post petition account before the date a Response is due, February 8, 2017, **and you advise the attorney in writing of your payment  before the Court enters a default Order**, the PEOPLES - TWP, LLC may be willing to withdraw this Motion without prejudice, if time allows.  If you do file a Response but then pay all the delinquent bills and any security deposit due on your post petition account before the hearing date set by the Court, the PEOPLES - TWP, LLC may be willing to withdraw this Motion without prejudice.

      **You should take this paper to your lawyer at once.  He or she will explain exactly what is happening, what this means to you and what your options are**.

      If you file and serve your written response on time, a hearing will be held on March 1, 2017 at 10:00 A.M.  before Judge  The Honorable Thomas P. Agresti in Court Room C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk.  **Remember that no hearing will be held if you do not timely serve a written response.**

Date of  service:  January 20, 2017        Attorney for Movant

                                                     /s/S. James Wallace
                                                     No. 28815:PA
                                                     S. James Wallace, P. C.
                                                     845 North Lincoln Avenue
                                                     Pittsburgh, Pa. 15233-1828
                                                     412-652-9134
                                                     sjw@sjwpgh.com