IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In RE:
JAMES V. VUNORA, II ) Bankruptcy Case No. 16-20311-TPA
        Debtor )
PEOPLES - TWP, LLC ) Related to Docket No. 46
        Movant, ) Chapter 13
     vs. )
JAMES V. VUNORA, II, and RONDA J. )
WINNECOUR, ESQUIRE, Trustee )
        Respondents. )

## CONSENT ORDER VACATING FEBRUARY 15, 2017 DEFAULT ORDER

AND NOW, to-wit, this _____ day of _____, 2017, comes the parties, by and through their respective counsel and stipulate to this Consent Order:

1. The Debtor has fallen behind on his post petition gas bill since filing the instant case.

2. A Motion for Allowance of Administrative Claim filed, and a Default Order was entered. In this case the Debtor attempted to pay his post petition account but electronically designated his pre-petition account, which was not discovered until after the entry of the Default Order. The funds have been transferred at the debtor's request which has ultimately brought the matter current.

3. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, the ongoing utility budget will then be included in the plan. There will be no exceptions.

4. The Default Order entered on February 15, 2017 shall be vacated without prejudice, but should another Motion be filed in this case then the post petition gas account must be placed in the plan without further controversy.

BY THE COURT:

_____ J.

Consented to by:

/s/ Gary W. Short, Esquire     /s/ S. James Wallace
Gary W. Short, Esquire     S. James Wallace, Esquire
Attorney for Debtor     Attorney for Peoples TWP, LLC
Pa. I.D. No. 36794     Pa. I.D. No. 28815
212 Windgap Road     S. James Wallace, P.C.
Pittsburgh, PA 15237     845 N. Lincoln Avenue
412-765-0100     Pittsburgh, PA 15233
garyshortlegal@gmail.com     412-652-9134
    sjw@sjwpgh.com