FILED
2/22/17 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In RE:
JAMES V. VUNORA, II                    ) Bankruptcy Case No. 16-20311-TPA
        Debtor                        )
PEOPLES - TWP, LLC                     ) Related to Docket No. 46
        Movant,                       ) Chapter 13
        vs.                           )
JAMES V. VUNORA, II, and RONDA J.      )
WINNECOUR, ESQUIRE, Trustee            )
        Respondents.                  )

## CONSENT ORDER VACATING FEBRUARY 15, 2017 DEFAULT ORDER

AND NOW, to-wit, this __22nd__ day of __February__, 2017, comes the parties, by and through their respective counsel and stipulate to this Consent Order:

1. The Debtor has fallen behind on his post petition gas bill since filing the instant case.

2. A Motion for Allowance of Administrative Claim filed, and a Default Order was entered. In this case the Debtor attempted to pay his post petition account but electronically designated his pre-petition account, which was not discovered until after the entry of the Default Order. The funds have been transferred at the debtor's request which has ultimately brought the matter current.

3. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, the ongoing utility budget will then be included in the plan. There will be no exceptions.

4. The Default Order entered on February 15, 2017 shall be vacated without prejudice, but should another Motion be filed in this case then the post petition gas account must be placed in the plan without further controversy.

BY THE COURT,

_____ J.
ljm

Consented to by:

/s/ Gary W. Short, Esquire                 /s/ S. James Wallace
Gary W. Short, Esquire                     S. James Wallace, Esquire
Attorney for Debtor                        Attorney for Peoples TWP, LLC
Pa. I.D. No. 36794                         Pa. I.D. No. 28815
212 Windgap Road                           S. James Wallace, P.C.
Pittsburgh, PA 15237                       845 N. Lincoln Avenue
412-765-0100                               Pittsburgh, PA 15233
garyshortlegal@gmail.com                   412-652-9134
                                           sjw@sjwpgh.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-20311-TPA
James V. Vunora, II                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Feb 22, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +James V. Vunora, II,    701 Burtner Road,    Natrona Heights, PA 15065-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Debtor James V. Vunora, II garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6