Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James V. Vunora II** | : | Case No. 16−20311−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Rel to Doc No. 53 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **10th day of August, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-20311-TPA
James V. Vunora, II                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar                   Page 1 of 1              Date Rcvd: Aug 10, 2017
                              Form ID: 309                 Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.
```
db            +James V. Vunora, II,    701 Burtner Road,    Natrona Heights, PA 15065-2306
cr            +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr            +Peoples TWP, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14172307     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
              (address filed with court: Collection Service Cen,     Po Box 1623,    Butler, PA 16003)
14172309      PNC Bank,    249 Fifth Avenue,    1 PNC Plaza,    Pittsburgh, PA 15222
14244290     +PNC Bank, National Association,    3232 Newmark Drive,    Attn: Bankruptcy,
               Miamisburg, OH 45342-5421
14172310     +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14172308     +Peoples Gas Company,    POB 535323,    Pittsburgh, PA 15253-5323
14172311     +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14175439      EDI: GMACFS.COM Aug 11 2017 01:13:00     Ally Financial,    PO Box 130424,
               Roseville MN 55113-0004
14172305     +EDI: GMACFS.COM Aug 11 2017 01:13:00     Ally Financial,    200 Renaissance Ctr,
               Detroit, MI 48243-1300
14211716      EDI: AIS.COM Aug 11 2017 01:13:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK 73124-8838
14203330      EDI: Q3G.COM Aug 11 2017 01:13:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
               PO Box 788,    Kirkland, WA 98083-0788
14172312      E-mail/Text: bankruptcy@firstenergycorp.com Aug 11 2017 01:20:10     West Penn Power,
               POB 3615,    Akron, OH 44309-3615
14241621     +E-mail/Text: bankruptcy@firstenergycorp.com Aug 11 2017 01:20:10     West Penn Power,
               5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14172306    ##+Collection Service C,    200 Mckean St Suite B,    Butler, PA 16001-6012
                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Debtor James V. Vunora, II garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```