**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES V. VUNORA, II<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-20311 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/30/2016 and confirmed on 03/18/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,224.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,224.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,826.05 | |
| Trustee Fee | 656.41 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,482.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PNC BANK NA<br>Acct: 8815 | 0.00 | 1,831.06 | 0.00 | 1,831.06 |
| PNC BANK NA<br>Acct: 7922 | 0.00 | 9,268.20 | 0.00 | 9,268.20 |
| PNC BANK NA<br>Acct: 8815 | 2,800.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 7922 | 14,012.82 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL(*)<br>Acct: 2242 | 2,852.52 | 511.25 | 131.03 | 642.28 |
| | | | | 11,741.54 |
| Priority | | | | |
| GARY W SHORT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES V. VUNORA, II<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GARY W SHORT ESQ<br>Acct: | 4,000.00 | 3,826.05 | 0.00 | 0.00 |

| 16-20311 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4975 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: FV6Z | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC | 402.36 | 0.00 | 0.00 | 0.00 |
|     Acct: 2847 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: MLAW | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: MRX9 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: MLAX | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: MLAY | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 86.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   WEST PENN POWER** | 154.69 | 0.00 | 0.00 | 0.00 |
|     Acct: 7106 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC | 1,224.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 7921 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,176.46 | 0.00 | 0.00 | 0.00 |
|     Acct: 7790 | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                             11,741.54

  TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 19,665.34 |
| UNSECURED | 3,044.80 |

Date: 09/19/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com